UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 12250 RWZ

| | |
|---|---|
| RHONDA S. ABBOTT<br>  Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| THE TOWN OF SALEM NEW HAMPSHIRE,<br>PRINTS PLUS, INC., CONTROL SECURITY<br>SERVICES, INC., SIMON PROPERTY GROUP,<br>LOUIS CURRIER, JEFFREY OUELLETTE,<br>KRISTIN FILI, AND DENISE L. SMITH,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>) |

**SPECIAL APPEARANCE OF DEFENDANT CONTROL SECURITY SERVICES, INC. AND MOTION TO EXTEND DEADLINE FOR FILING RESPONSIVE PLEADING**

The undersigned counsel hereby enter a Special Appearance in this case on behalf of defendant Control Security Services, Inc for the limited purpose of contesting this Court's jurisdiction over the person of such defendant, the venue of the action, and the sufficiency of service of process. By filing this Special Appearance, the defendant does not submit to this Court's jurisdiction.

Defendant, Control Security Services, Inc., moves to extend the time by which the Defendant must plead in response to the Plaintiff's Complaint and Demand for Trial By Jury, to and including, December 27, 2004. Counsel for such defendant are still investigating the allegations set forth in the Complaint and need additional time to complete such investigation such that a responsive pleading can be filed on behalf of the defendant.

CONTROL SECURITY SERVICES, INC.
By their attorneys,

*/s/ John P. Coakley*
Richard J. Riley, BBO# 420610
John P. Coakley, BBO#558685
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02110
(617) 423-3700
jcoakley@murphyriley.com
rriley@murphyriley.com

## CERTIFICATE OF SERVICE

I, John P. Coakley, hereby certify that I have this day served a copy of the foregoing **SPECIAL APPEARANCE OF DEFENDANT CONTROL SECURITY SERVICES, INC. AND MOTION TO EXTEND DEADLINE FOR FILING RESPONSIVE PLEADING** by mailing a copy of same, postage prepaid to:

William R. Sullivan, Sr.
356 Main Street
Haverhill, MA 01830
(978) 373-9130

John P. Coakley
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700

**DATED:**