UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RHONDA S. ABBOTT,                                CIVIL ACTION NO. 04-12250 RWZ
      Plaintiff

v.

THE TOWN OF SALEM NEW
HAMPSHIRE, PRINTS PLUS, INC.,
CONTROL SECURITY SERVICES,
INC., SIMON PROPERTY GROUP,
LOUIS CURRIER, JEFFREY
OUELLETTE, KRISTIN FILI, AND
DENISE L. SMITH,
      Defendants.

## ANSWER AND DEMAND FOR JURY TRIAL OF DEFENDANTS PRINTS PLUS INC. AND DENISE L. SMITH

1. The defendants have insufficient information with which to either admit or deny the allegations contained in paragraph 1.

2. The defendants admit the allegations contained in paragraph 2.

3.-8. The defendants have insufficient information with which to either admit or deny the allegations contained in paragraphs 3 through 8.

9. The defendants admit the allegations contained in paragraph 9.

10.-11. The defendants have insufficient information with which to either admit or deny the allegations contained in paragraphs 10 through 11.

Count I

12. The defendants reallege and incorporate their answers to paragraphs 1 through 11 as if more fully stated herein.

13.-14. The defendants deny the allegations contained in paragraphs 13 and 14.

Count II

15. The defendants reallege and incorporate their answers to paragraphs 1 through 14 as if more fully stated herein.

16.-18. The defendants deny the allegations contained in paragraphs 16 through 18.

Count III

19. The defendants reallege and incorporate their answers to paragraphs 1 through 18 as if more fully stated herein.

20.-22. The defendants have insufficient information with which to either admit or deny the allegations contained in paragraphs 20 through 22.

Count IV

23. The defendants reallege and incorporate their answers to paragraphs 1 through 22 as if more fully stated herein.

24.-26. The defendants have insufficient information with which to either admit or deny the allegations contained in paragraphs 24 through 26.

Count IV

27. The defendants reallege and incorporate their answers to paragraphs 1 through 26 as if more fully stated herein.

28.-30. The defendants have insufficient information with which to either admit or deny the allegations contained in paragraphs 28 through 30.

**AFFIRMATIVE DEFENSE**

The Complaint should be dismissed because this Honorable Court lacks subject matter jurisdiction.

## AFFIRMATIVE DEFENSE

The Complaint should be dismissed because this Honorable Court lacks jurisdiction over the person of the defendants.

## AFFIRMATIVE DEFENSE

The Complaint should be dismissed because venue is improper.

## AFFIRMATIVE DEFENSE

The Complaint fails to state a claim on behalf of the plaintiff against the defendants upon which relief can be granted.

## AFFIRMATIVE DEFENSE

The injury or damage complained of on behalf of the plaintiff against the defendants was caused in whole or in part or was contributed to by the negligence, act or failure to act of the plaintiff and such negligence, act or failure to act is a bar to plaintiff's recovery as it exceeded any negligence, act or failure to act on the part of the defendants or the plaintiff's claimed damage must be reduced.

## AFFIRMATIVE DEFENSE

The injury or damage complained of on behalf of the plaintiff against the defendants was caused in whole or in part by the negligence, act or failure to act of some other person for whose conduct the defendants were not and are not legally responsible.

## AFFIRMATIVE DEFENSE

The plaintiff is estopped by her conduct from seeking to recover from the defendants.

## AFFIRMATIVE DEFENSE

Any claim of the plaintiff against the defendants is barred by the statute of limitations.

## AFFIRMATIVE DEFENSE

The plaintiff has waived any claim she may have had against the defendants.

## AFFIRMATIVE DEFENSE

The defendants says that the plaintiff cannot recover in this action because the defendants were justified in their conduct and acts, which include but are not limited to the plaintiff's acts of aggression and her trespass onto the defendant's property.

## AFFIRMATIVE DEFENSE

The defendants says that the plaintiff cannot recover in this action because the defendants were privileged in their conduct and acts.

## AFFIRMATIVE DEFENSE

The defendants say that the plaintiff cannot recover in this action because the defendants provided plaintiff with a reasonable accommodation for any disabilities she may have had.

## AFFIRMATIVE DEFENSE

The plaintiff cannot recover in this action because she failed to exhaust her administrative remedies.

## AFFIRMATIVE DEFENSE

The action of the plaintiff is barred or the plaintiff's damages must be reduced as a result of the plaintiff's failure to mitigate damages.

WHEREFORE, the defendants demand that the Complaint be dismissed as to the defendants with costs.

THE DEFENDANTS DEMAND A TRIAL BY JURY.

The defendants,
Prints Plus, Inc. and Denise L. Smith
by their attorneys,
GRIFFIN & GOULKA

_____
Joanne L. Goulka
477 Main Street
Stoneham, MA 02180-2602
(781) 279-9858
BBO # 205500

    Joanne L. Goulka, attorney for the defendants Prints Plus, Inc. and Denise L. Smith in the above-entitled action hereby certifies that a true copy of this document was filed by electronic mail and a courtesy copy was served upon the attorney of record for each party by regular mail, postage prepaid on December 13, 2004.

_____
Joanne L. Goulka