# MURPHY & RILEY, P.C.
ATTORNEYS AND COUNSELLORS AT LAW
**141 TREMONT STREET**
**BOSTON, MASSACHUSETTS**
**02111**

RICHARD J. RILEY
ROBERT J. MURPHY
SUSAN DONNELLY MURPHY
JOSEPH A. KING
JOHN P. COAKLEY
MARGRET R. COOKE
AMY R. RILEY
LAUREN A. BOICE
JOHN O. MITCHELL
MICHAEL C. CUNNINGHAM
WILLIAM P. MEKRUT

WALTER G. MURPHY
(1925-2000)

E-Mail Address: EMail@MurphyRiley.com

TELEPHONE
(617) 423-3700

FACSIMILE
(617) 423-1010

December 13, 2004

Civil Clerk's Office
U.S. District Court
One Court House Way
Boston, MA 02110

**RE: RHONDA S. ABBOTT**
**VS. CONTROL SECURITY SERVICES, INC.**
**C.A. NO. 04 12250 RVZ**
**OUR FILE NO. 805/30489**

Dear Sir/Madam:

Please be advised that counsel for the plaintiff has agreed to assent to the previously-filed Special Appearance of Defendant Control Security Services, Inc. and Motion to Extend Deadline for Filing Responsive Pleading. Thank you for your attention to this matter.

Very truly yours,

John P. Coakley

JPC/bf
cc: William R. Sullivan, Esquire