UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 12250 RWZ

| | |
|---|---|
| RHONDA S. ABBOTT  <br>   Plaintiff <br>v. <br><br>THE TOWN OF SALEM NEW HAMPSHIRE, <br>PRINTS PLUS, INC., CONTROL SECURITY <br>SERVICES, INC., SIMON PROPERTY GROUP, <br>LOUIS CURRIER, JEFFREY OUELLETTE, <br>KRISTIN FILI, AND DENISE L. SMITH, <br>   Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT CONTROL SECURITY SERVICES, INC.'S MOTION TO DISMISS PURSUANT TO FED.R.CIV. P. 12(b)(3)**

Pursuant to Fed. R. Civ. P. 12(b)(3), the Defendant Control Security Services, Inc. hereby moves to dismiss the Plaintiff's Complaint on the grounds of improper venue. Specifically, Defendant Control Security Services, Inc. states that not all of the defendants in this action reside in the Commonwealth of Massachusetts, all of the events or omissions giving rise to the claim as set forth in the Complaint occurred in New Hampshire, and there is a jurisdiction other than the District of Massachusetts where the action can be brought, to wit: the District of New Hampshire. In further support of this motion, Defendant Control Security Services, Inc. relies upon the attached memorandum of law.

CONTROL SECURITY SERVICES, INC.
By their attorneys,

Richard J. Riley, BBO# 420610
John P. Coakley, BBO#558685
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02110
(617) 423-3700
jcoakley@murphyriley.com
rriley@murphyriley.com