%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

RHONDA S. ABBOTT

Plaintiff

V.

THE CITY OF SALEM NEW HAMPSHIRE, PRINTS PLUS, INC., CONTROL SECURITY SERVICES, INC., SIMON PROPERTY GROUP, LOUIS CURRIER, JEFFREY OUELLETTE, KRISTIN FILI, AND DENISE L. SMITH

Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12250 RWZ

TO: (Name and address of Defendant)
CONTROL SECURITY SERVICES, INC.
333 MEADOWLAND PARKWAY
SECAUCUS, NEW JERSEY
   REGISTERED AGENT:
   CORP. SRVC. CO., D/B/A LAWYERS INC. SRVC.
   14 CENTRE STREET
   CONCORD, NEW HAMPSHIRE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Sullivan, Sr. Esq.

356 Main Street

Haverhill, MA   01830

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  10/26/2004

# Merrimack County Sheriff's Office

163 North Main St.
Concord, NH 03301
Phone: 603-225-5583

CONTROL SECURITY SERVICES, INC.

MERRIMACK, SS                                              DATE: November 23, 2004

I, DEPUTY Alan DeMichelis, this day at 02:00pm, summoned the within named defendant CONTROL SECURITY SERVICES, INC. by leaving at the office of Corp. Serv. Ino. dba Lawyers Inc. , 14 Centre Street, Concord, said County and State of New Hampshire, its true and lawful agent for the service of process under and by virtue of Chapter 293-A, NH RSA as amended, a true and attested copy of this Summons and Complaint.

FEES

| | |
|---|---|
| Service: | 15.00 |
| Misc.: | |
| Postage | 1.00 |
| Travel | 2.00 |
| Notary | 5.00 |
| TOTAL: | 23.00 |

_____, Deputy Sheriff
DEPUTY Alan DeMichelis