AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____
Massachusetts

RHONDA S. ABBOTT

**Plaintiff**

V.

**SUMMONS IN A CIVIL ACTION**

THE CITY OF SALEM NEW HAMPSHIRE,
PRINTS PLUS, INC., CONTROL SECURITY
SERVICES, INC., SIMON PROPERTY GROUP,
LOUIS CURRIER, JEFFREY OUELLETTE,
KRISTIN FILI, AND DENISE L. SMITH

**Defendants**

CASE NUMBER: 04 12250 RWZ

TO: (Name and address of Defendant)

DENISE L. SMITH
35 MOOSE HOLLOW ROAD
DANVILLE, NEW HAMPSHIRE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

## William R. Sullivan, Sr. Esq.

## 356 Main Street

## Haverhill, MA   01830

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____

CLERK    DATE    10/26/2004

_____
(By) DEPUTY CLERK

# Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

Court
County of Rockingham State of New Hampshire

| | |
|---|---|
| Rhonda S Abbott<br><br>vs.<br><br>Denise L Smith | Docket Number:  0412250RWZ<br>Sheriff File Number:  04011908 |

I, Deputy Sheriff Chris Stone, Badge # 43 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 11/29/2004 at approximately 10:15 am, at 35 Moose Hollow Road,  Danville, NH 03819  served the within OOS Summons&Complaint upon Denise L Smith , the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Denise L Smith  personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated:  November 30, 2004

Chris Stone
Deputy Sheriff

43
Badge Number