AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

RHONDA S. ABBOTT
    Plaintiff

V.

THE CITY OF SALEM NEW HAMPSHIRE, PRINTS PLUS, INC., CONTROL SECURITY SERVICES, INC., SIMON PROPERTY GROUP, LOUIS CURRIER, JEFFREY OUELLETTE, KRISTIN FILI, AND DENISE L. SMITH
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12250 RWZ

TO: (Name and address of Defendant)

KRISTIN L. FILI
SALEM POLICE DEPARTMENT
9 VETERAN'S MEMORIAL PARKWAY
SALEM, NEW HAMPSHIRE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Sullivan, Sr. Esq.
356 Main Street
Haverhill, MA 01830

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 10/26/2004

# Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

Court
County of Rockingham State of New Hampshire

| | |
|---|---|
| Rhonda S Abbott<br><br>vs.<br><br>Kristin L Fili | Docket Number: 0412250RWZ<br>Sheriff File Number: 04011909 |

I, Deputy Sheriff Matt Caracciolo, Badge # 31 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 12/7/2004 at approximately 03:45 pm, at 9 Veterans Memorial parkway, Salem Police Dept Salem, NH 03079 served the within OOS Summons&Complaint upon Kristin L Fili, the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Kristin L Fili personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: December 8, 2004

_Valerie Hammond_ (Notary Public seal: VALERIE HAMMOND, MY COMMISSION EXPIRES FEB. 14, 2006, NOTARY PUBLIC NEW HAMPSHIRE)

_Matt Caracciolo_   #31
Matt Caracciolo          31
Deputy Sheriff           Badge Number