AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

RHONDA S. ABBOTT
               Plaintiff

V.

THE CITY OF SALEM NEW HAMPSHIRE,
PRINTS PLUS, INC., CONTROL SECURITY
SERVICES, INC., SIMON PROPERTY GROUP,
LOUIS CURRIER, JEFFREY OUELLETTE,
KRISTIN FILI, AND DENISE L. SMITH
               Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04 12250 RWZ**

TO: (Name and address of Defendant)

    JEFFERY OUELLETTE
    SALEM POLICE DEPARTMENT
    9 VETERAN'S MEMORIAL PARKWAY
    SALEM, NEW HAMPSHIRE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    **William R. Sullivan, Sr. Esq.**
    **356 Main Street**
    **Haverhill, MA   01830**

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 10/26/2004

# Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

Court
County of Rockingham State of New Hampshire

| | |
|---|---|
| Rhonda S Abbott<br><br>vs.<br><br>Jeffery Ouellette | Docket Number: 0412250RWZ<br>Sheriff File Number: 04011910 |

I, Deputy Sheriff Matt Caracciolo, Badge # 31 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 11/24/2004 at approximately 09:00 am, at 9 Veterans Memorial Parkway, Salem Police Dept Salem, NH 03079 served the within OOS Summons&Complaint upon Jeffery Ouellette , the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Jeffery Ouellette personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: December 8, 2004

_Valerie Hammond_ (Notary Public, New Hampshire, My Commission Expires Feb. 14, 2006)

Matt Caracciolo
Deputy Sheriff

31
Badge Number