UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412250 RWZ

RHONDA S. ABBOTT
    Plaintiff
  V.

THE TOWN OF SALEM NEW HAMPSHIRE,
PRINTS PLUS, INC., CONTROL SECURITY
SERVICES, INC., SIMON PROPERTY GROUP
LOUIS CURRIER, JEFFREY OUELLETTE,
KRISTIN FILI, AND DENISE L. SMITH
    Defendants

## PLAINTIFF'S FIRST AMENDMENT OF THE COMPLAINT ASSENTED TO AMENDMENT

There being no responsive pleadings filed by defendants with the exception of the answer filed by the defendants Prints Plus, Inc. and Denise Smith, who have assented to this amendment; plaintiff, in accordance with the provisions of the Federal Rules of Civil Procedure, Rule 15 (a) does hereby amend her Complaint as follows:

Paragraphs 2, 3, and 4 are herewith struck from the Complaint in their entirety, and replaced by the following:

2. The defendant, Prints Plus, Inc. ("Prints") is a California corporation with a principal place of business at 2300 Clayton Road, Ste. 1150, Concord California and is licensed to do business in New Hampshire and Massachusetts and regularly conducts business in both states. Its Registered Agent in New Hampshire is CT Corp. System located at 9 Capital Street, Concord New Hampshire and its Registered Agent in Massachusetts is CT Corporation System, 101 Federal Street, Boston, Massachusetts.

3. The defendant, Control Security Services, Inc. ("Security"), is a New Jersey corporation with a principal place of business at 333 Meadowland Parkway, Secaucus, New Jersey is licensed to do business in both New Hampshire and Massachusetts and regularly conducts business in both states. Its Registered Agent in New Hampshire is Corp. Srvc. Co. d/b/a Lawyers Inc. Srvc., 14 Centre Street, Concord, New Hampshire and its Registered Agent in Massachusetts is Corporation Service Company, 84 State Street, Boston, Massachusetts.

4. The defendant, Simon Property Group, Inc., ("Simon") is an Indiana corporation with a principal place of business at 115 W. Washington Street, Suite 15, Indianapolis, Indiana, is licensed to do business in both New Hampshire and Massachusetts and regularly conducts business in both states. Its Registered Agent in New Hampshire is CT Corporation System, 9 Centre Street, Concord, New Hampshire and its Registered Agent in Massachusetts is CT Corporation System, 101 Federal Street, Boston, Massachusetts.

By her attorney,

William R. Sullivan, Sr.
BBO# 488340
356 Main Street
Haverhill, MA 01830
(978) 373-9130

I, Joanne L. Goulka, Esq., of Griffin & Goulka, attorneys of record for and on behalf of the defendants, Prints Plus, Inc. and Denise Smith, assent to the allowance of Plaintiff's First Amendment of the Complaint, hereinbefore set forth.

Joanne L. Goulka

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's First Amendment of the Complaint has been mailed by regular mail postage prepaid on this 27th day of December, 2004 to all attorneys of record.

William R. Sullivan, Sr., Esq.