UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412250 RWZ

RHONDA S. ABBOTT
    Plaintiff
V.

THE TOWN OF SALEM NEW HAMPSHIRE,
PRINTS PLUS, INC., CONTROL SECURITY
SERVICES, INC., SIMON PROPERTY GROUP
LOUIS CURRIER, JEFFREY OUELLETTE,
KRISTIN FILI, AND DENISE L. SMITH
    Defendants

## PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS, THE TOWN OF SALEM, NEW HAMPSHIRE LOUIS CURRIER, JEFFREY OUELLETTE AND KRISTIN FILIS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION MOTION ASSENTED TO

    Plaintiff moves, with the assent of the Defendants, The Town of Salem, New Hampshire, Louis Currier, Jeffrey Ouellette, and Kristin Fili, to extend the time she must file her opposition to said defendants' Motion to Dismiss to and including January 3, 2004.

    Jurisdiction in this case is invoked pursuant to diversity of citizenship and the claims of the plaintiff arise in part under the Americans with Disabilities Act of 1990, 104 Stat. 327; U.S.C. Title II, § 202 and U.S.C. Title III, § 302 against multiple defendants. Additional time is needed to fully develop the complete jurisdictional picture including the interaction among the several defendants. All corporate defendants except the Town of Salem, New Hampshire have principal offices in states other than Massachusetts and New Hampshire; but are licensed to do business in both states and employ several of the individual defendants.

Assented to for defendants
Town of Salem New Hampshire, Louis
Currier, Jeffrey Ouellette, and Kristin Fili

By their Attorney

_____
Donald E. Gardner
Brian J. S. Cullen

Respectfully submitted
RHONDA S. ABBOTT

By her Attorney

_____
William R. Sullivan, Sr.
BBO#488340
356 Main Street
Haverhill, MA 01830
(978) 373-9130

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412250 RWZ

RHONDA S. ABBOTT
           Plaintiff
V.

THE TOWN OF SALEM NEW HAMPSHIRE,
PRINTS PLUS, INC., CONTROL SECURITY
SERVICES, INC., SIMON PROPERTY GROUP
LOUIS CURRIER, JEFFREY OUELLETTE,
KRISTIN FILI, AND DENISE L. SMITH
           Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion To Extend Time to File Opposition to Defendants, The Town of Salem New Hampshire, Louis Currier, Jeffrey Ouellette, and Kristin Filis', Motion to Dismiss for Lack of Personal Jurisdiction has been mailed by Priority Mail, postage prepaid on this on this 21st day of December, 2004 to Brien J. S. Cullan, Esq., and Donald E. Gardner, Esq., 111 /Amherst Street, P.O. Box 719, Manchester, NH 03105

William R. Sullivan, Sr. Esq.