UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHONDA S. ABBOTT<br>Plaintiff,<br><br>v.<br><br>THE TOWN OF SALEM NEW HAMPSHIRE, PRINTS PLUS, INC., CONTROL SECURITY SERVICES, INC., SIMON PROPERTY GROUP, LOUIS CURRIER, JEFFREY OUELLETTE, KRISTIN FILI, AND DENISE L. SMITH,<br>Defendants. | )<br>)<br>)<br>)<br>)  DOCKET NO: 04-12250 RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION TO EXTEND DEADLINE FOR FILING RESPONSIVE PLEADING

Defendant, Simon Property Group (so-called), with the assent of the plaintiff, hereby moves to extend the time by which the Defendant must plead in response to the Plaintiff's Complaint and Demand for Trial By Jury, to and including, January 19, 2005. Counsel for such defendant are still investigating the allegations set forth in the Complaint and need additional time to complete such investigation such that a responsive pleading can be filed on behalf of the defendant.

Respectfully submitted by,
Defendant Simon Property Group (so-called)
By its attorneys,

**MORRISON MAHONEY LLP**

*/s/ Sean J. Milano*

Sean J. Milano, BBO #551996
250 Summer Street
Boston, MA 02210-1181 (617) 439-7500
smilano@morrisonmahoney.com

943669v1

Assented to:
Rhonda S. Abbott
By her attorney

/s/ *William R. Sullivan, Sr.*

---
William R. Sullivan, Sr.
BBO#488340
356 Main Street
Haverhill MA 01830
(978) 373-9130

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

/s/ *Sean J. Milano*

---
Sean J. Milano

Date: January 4, 2005

943669v1