UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412250 RWZ

RHONDA S. ABBOTT
          Plaintiff
V.

THE TOWN OF SALEM NEW HAMPSHIRE,
PRINTS PLUS, INC., CONTROL SECURITY
SERVICES, INC., SIMON PROPERTY GROUP
LOUIS CURRIER, JEFFREY OUELLETTE,
KRISTIN FILI, AND DENISE L. SMITH
          Defendants

### PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT, CONTROL SECURITY SERVICES, INC.'S, MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(3)

    Plaintiff moves, with the assent of the Defendant, Control Security Services, Inc., to extend the time she must file her opposition to said defendants' Motion to Dismiss to and including January 19, 2005.

    Jurisdiction in this case is invoked pursuant to diversity of citizenship and the claims of the plaintiff arise in part under the Americans with Disabilities Act of 1990, 104 Stat. 327; U.S.C. Title II, § 202 and U.S.C. Title III, § 302 against multiple defendants. Additional time is needed to fully develop the complete jurisdictional picture including the interaction among the several defendants. All corporate defendants except the Town of Salem, New Hampshire have principal offices in states other than Massachusetts and New Hampshire; but are licensed to do business in both states and employ several of the individual defendants.

Assented to for defendant,
CONTROL SECURITY SERVICES, INC.

By its /Attorneys,

_____
John P. Coakley
MURPHY & RILEY

Respectfully submitted for
RHONDA S. ABBOTT

By her Attorney,

_____
William R. Sullivan, Sr.
BBO #488340
356 Main Street
Haverhill, MA 01830
(978) 373-9130

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412250 RWZ

RHONDA S. ABBOTT
          Plaintiff
V.

THE TOWN OF SALEM NEW HAMPSHIRE,
PRINTS PLUS, INC., CONTROL SECURITY
SERVICES, INC., SIMON PROPERTY GROUP
LOUIS CURRIER, JEFFREY OUELLETTE,
KRISTIN FILI, AND DENISE L. SMITH
          Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Assented to Motion To Extend Time to File Opposition to Defendant, Control Security Services, Inc.'s Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(3) has been mailed by regular Mail, postage prepaid on this 3rd day of January 2005 to all defendants' attorneys of record.

William R. Sullivan, Sr., Esq.