UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 12250 RWZ

RHONDA S. ABBOTT )
   Plaintiff )
  )
v. )
  )
THE TOWN OF SALEM NEW HAMPSHIRE, )
PRINTS PLUS, INC., CONTROL SECURITY )
SERVICES, INC., SIMON PROPERTY GROUP, )
LOUIS CURRIER, JEFFREY OUELLETTE, )
KRISTIN FILI, AND DENISE L. SMITH, )
   Defendants )

**DEFENDANT CONTROL SECURITY SERVICES, INC.'S RESPONSE TO
PLAINTFF'S FIRST AMEMDMENT TO THE COMPLAINT**

    Pursuant to the Federal Rules of Civil Procedure, Rule 15(a), Defendant Control Security Services, Inc., in response to the Plaintiff's First Amendment to the Complaint, hereby re-asserts and incorporates by reference herein the matters set forth in Defendant Control Security Services, Inc previously-filed Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) and Memorandum in Support of such Motion. Such Motion was filed with the Court on December 27, 2004 and is found at Docket Numbers 7 & 8.

CONTROL SECURITY SERVICES, INC.
By their attorneys,

_____
Richard J. Riley, BBO# 420610
John P. Coakley, BBO#558685
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02110
(617) 423-3700
jcoakley@murphyriley.com
rriley@murphyriley.com