UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 25 P 3 3b

U.S. DISTRICT COURT
DISTRICT OF MASS.

RHONDA S. ABBOTT,
      **Plaintiff**

CIVIL ACTION NO. 04-12250 RWZ

v.

THE TOWN OF SALEM NEW
HAMPSHIRE, PRINTS PLUS, INC.,
CONTROL SECURITY SERVICES,
INC., SIMON PROPERTY GROUP,
LOUIS CURRIER, JEFFREY
OUELLETTE, KRISTIN FILI, AND
DENISE L. SMITH,
      **Defendants.**

## DEFENDANT DENISE L. SMITH'S MOTION TO DISMISS

Now comes the defendant Denise L. Smith and hereby moves to dismiss pursuant to Fed.R.Civ.P. 12 on the ground of lack of personal jurisdiction over Denise L. Smith and improper venue in this forum. In support of this Motion, defendant relies upon her Memorandum filed in support of this Motion and the Affidavit of Denise L. Smith.

                        Defendant,
                        Denise L. Smith
                        by her attorneys,
                        GRIFFIN & GOULKA

                        Joanne L. Goulka
                        477 Main Street
                        Stoneham, MA 02180-2602
                        (781) 279-9858
                        BBO # 205500

S:\Cases\2004\02JLG\204075\MotDismissReJurisdiction.wpd

## CERTIFICATION LOCAL RULE 7.1

I, Joanne L. Goulka, hereby certify that in accordance with Local Rule 7.1(A)(2) that on December 15, 2004 I conferred with counsel for Rhonda S. Abbott and attempted in good faith to resolve or narrow the issue of this Motion.

Joanne L. Goulka

Joanne L. Goulka, attorney for the defendant Denise L. Smith in the above-entitled action, hereby certifies that a true copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid, on January 21, 2005.

Joanne L. Goulka