UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

JAN 25 P 3: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

RHONDA S. ABBOTT,
    **Plaintiff**

CIVIL ACTION NO. 04-12250 RWZ

v.

THE TOWN OF SALEM NEW
HAMPSHIRE, PRINTS PLUS, INC.,
CONTROL SECURITY SERVICES,
INC., SIMON PROPERTY GROUP,
LOUIS CURRIER, JEFFREY
OUELLETTE, KRISTIN FILI, AND
DENISE L. SMITH,
    **Defendants.**

## DEFENDANT PRINTS PLUS, INC.'S MOTION
## TO DISMISS FOR IMPROPER VENUE

Now comes the defendant Prints Plus, Inc. and hereby moves for dismissal pursuant

to Fed.R.Civ.P. 12 on the ground that venue is not proper in this judicial district. In support

of this Motion, Prints Plus, Inc. relies upon the accompanying Memorandum.

Defendant,
Prints Plus, Inc.
by its attorneys,
GRIFFIN & GOULKA

Joanne L. Goulka
477 Main Street
Stoneham, MA 02180-2602
(781) 279-9858
BBO # 205500

S:\Cases\2004\02JLG\204075\MotDismissImproperVenue.wpd

## CERTIFICATION LOCAL RULE 7.1

I, Joanne L. Goulka, hereby certify that in accordance with Local Rule 7.1(A)(2) that on January 21, 2005 I conferred with counsel for Rhonda S. Abbott and attempted in good faith to resolve or narrow the issue of this Motion.

Joanne L. Goulka

Joanne L. Goulka, attorney for the defendant Prints Plus, Inc. in the above-entitled action, hereby certifies that a true copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid, on January 21, 2005.

Joanne L. Goulka