UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 JAN 25 P 12:35
U.S. DISTRICT COURT
DISTRICT OF MASS.

**RHONDA S. ABBOTT,**
    **Plaintiff**

v.

**THE TOWN OF SALEM NEW HAMPSHIRE, PRINTS PLUS, INC., CONTROL SECURITY SERVICES, INC., SIMON PROPERTY GROUP, LOUIS CURRIER, JEFFREY OUELLETTE, KRISTIN FILI, AND DENISE L. SMITH,**
    **Defendants.**

CIVIL ACTION NO. 04-12250-RWZ

## AFFIDAVIT OF DENISE L. SMITH

I, Denise L. Smith, on oath, depose and say on personal knowledge that:

1.    I reside at 35 Moose Hollow Road, Danville, New Hampshire.

2.    On or about November 3, 2001, I was employed by Prints Plus, Inc. and worked at the Prints Plus store located at the Rockingham Park Mall, Salem, New Hampshire.

3.    I do not own or lease any real property in Massachusetts.

4.    I have never resided in Massachusetts.

Signed under the pains and penalties of perjury this 12th day of January, 2005.

_____
Denise L. Smith

    Joanne L. Goulka, attorney for the defendant Denise L. Smith in the above-entitled action, hereby certifies that a true copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid, on January 21, 2005.

                                                             /s/ Joanne L. Goulka  
                                                             Joanne L. Goulka