UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RHONDA S. ABBOTT,
    Plaintiff

v.

THE TOWN OF SALEM NEW
HAMPSHIRE, PRINTS PLUS, INC.,
CONTROL SECURITY SERVICES,
INC., SIMON PROPERTY GROUP,
LOUIS CURRIER, JEFFREY
OUELLETTE, KRISTIN FILI, AND
DENISE L. SMITH,
    Defendants.

CIVIL ACTION NO. 04-12250 RWZ

## SUGGESTION OF BANKRUPTCY

Notice is hereby given that defendant Prints Plus, Inc. filed its Petition in the United States Bankruptcy Court for the District of Massachusetts, Number 05-10220, on January 11, 2005, and that as of that date an automatic stay of this action entered pursuant to 11 U.S.C. § 362 (1993).

    Defendant,
    Prints Plus, Inc.
    by its attorneys,
    GRIFFIN & GOULKA

    _/s/ Joanne L. Goulka_
    Joanne L. Goulka
    477 Main Street
    Stoneham, MA 02180-2602
    (781) 279-9858
    B.B.O. # 205500

S:\Cases\2004\02JLG\204075\SuggestionBankruptcyPrintsPlus.wpd

## CERTIFICATE OF SERVICE

    I, Joanne L. Goulka, attorney for defendant Prints Plus, Inc., hereby certify that on this date, I served a copy of Suggestion of Bankruptcy on the attorney of record for each party by first-class mail, postage prepaid, directed to:

William R. Sullivan, Sr., Esquire
365 Main Street
Haverhill, Massachusetts 01830

Sean J. Milano, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210-1181

Donald E. Gardner, Esquire
Brian J.S. Cullen, Esquire
111 Amherst Street
Manchester, New Hampshire 03105

John P. Coakley, Esquire
Murphy & Riley, P.C.
141 Tremont Street
Boston, Massachusetts 02111

    Signed under the pains and penalties of perjury this 3rd day of February, 2005.

_/s/ Joanne L. Goulka_
Joanne L. Goulka