UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412250 RWZ

RHONDA S. ABBOTT
   **Plaintiff**

V.

THE TOWN OF SALEM NEW HAMPSHIRE,
PRINTS PLUS, INC., CONTROL SECURITY
SERVICES, INC., SIMON PROPERTY GROUP
LOUIS CURRIER, JEFFREY OUELLETTE,
KRISTIN FILI, AND DENISE L. SMITH
   **Defendants**

### PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT, PRINTS PLUS, INC'S MOTION TO DISMISS FOR IMPROPER VENUE

Plaintiff moves, with the assent of the Defendant, Prints Plus, Inc., to extend the time she must file her opposition to said defendants' Motion to Dismiss for Improper Venue to and including March 9, 2005..

Plaintiff's attorney will be out Massachusetts from February 1, 2005 to March 1, 2005. Counsel respectfully requests the indulgence of the Court as this trip was scheduled in April of 2005..

Assented to for defendant,
PRINTS PLUS, INC.

By her attorney,

Jeanne L. Goulka
477 Main Street
Stoneham, MA 02180-2602
(781)279-9858
BBO # 205500

Respectfully submitted for
RHONDA S. ABBOTT

By her Attorney,

William R. Sullivan, Sr.
BBO #488340
356 Main Street
Haverhill, MA 0183
(978) 373-9130

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412250 RWZ

| | |
|---|---|
| RHONDA S. ABBOTT<br>　　　　　Plaintiff<br>V.<br><br>THE TOWN OF SALEM NEW HAMPSHIRE,<br>PRINTS PLUS, INC., CONTROL SECURITY<br>SERVICES, INC., SIMON PROPERTY GROUP<br>LOUIS CURRIER, JEFFREY OUELLETTE,<br>KRISTIN FILI, AND DENISE L. SMITH<br>　　　　　Defendants | * * * * * * * * * * |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Assented to Motion To Extend Time to File Opposition to Defendant, Prints Plus, Inc.'s, Motion to Dismiss for Improper Venue has been mailed by regular Mail, postage prepaid on this 3rd day of February, 2005 to all defendants' attorneys of record.

　　　　　　　　　　　　　　　　　　William R. Sullivan, Sr., Esq.