UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412250 RWZ

RHONDA S. ABBOTT
    Plaintiff
V.

THE TOWN OF SALEM NEW HAMPSHIRE,
PRINTS PLUS, INC., CONTROL SECURITY
SERVICES, INC., SIMON PROPERTY GROUP
LOUIS CURRIER, JEFFREY OUELLETTE,
KRISTIN FILI, AND DENISE L. SMITH
    Defendants

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HER OPPOSITION TO DEFENDANTS, DENISE SMITH AND PRINTS PLUS, INC.'S, MOTION TO DISMISS PURSUANT TO FED.R.CIV.P 12

I, William R. Sullivan, Sr., attorney of record for the plaintiff herein on oath depose and say:

1. I have personal knowledge of all the statements contained in this affidavit.

2. This case was originally intended to be filed in the United States District Court for the District of New Hampshire.

3. Since the incident at the Rockingham Mall complained of in this case, the plaintiff has been treated for depression, varying from mild to severe.

4. In her depressed condition the plaintiff has exhibited abnormal fear of matters related to New Hampshire and in particular, the Rockingham Mall and police officers.. This has been confirmed by her therapists and her statements to me.

5. Based upon my observations of the plaintiff over three years and discussions with her therapists, I believe that trial of this case in the District of New Hampshire will potentially severely impact on the plaintiff's mental condition, causing unnecessary additional harm

6. For the above reasons, counsel choice to file this litigation in the District of Massachusetts.

Subscribed and sworn to under the pains and penalties of perjury this 18th day of January, 2005.

                       _____
                       William R. Sullivan, Sr.