UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHONDA S. ABBOTT<br>Plaintiff,<br><br>v.<br><br>THE TOWN OF SALEM NEW HAMPSHIRE, PRINTS PLUS, INC., CONTROL SECURITY SERVICES, INC., SIMON PROPERTY GROUP, LOUIS CURRIER, JEFFREY OUELLETTE, KRISTIN FILI, AND DENISE L. SMITH,<br>Defendants. | )<br>)<br>)<br>)<br>)  DOCKET NO: 04-12250 RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF
## MEREDITH M. LASNA

Please enter the appearance of Meredith M. Lasna as an additional attorney representing Simon Property Group in the above-captioned matter. Her appearance is an additional appearance in this case.

Respectfully submitted by,
Defendant Simon Property Group (so-called)
By its attorneys,

**MORRISON MAHONEY LLP**

_/s/ Meredith Lasna_
Sean J. Milano, BBO #551996
Meredith M. Lasna, BBO# 651969
250 Summer Street
Boston, MA 02210-1181
(617) 439-7587
mlasna@morrisonmahoney.com

DATED: 3/22/05

1059838v1