UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 12250 RWZ

| | |
|---|---|
| RHONDA S. ABBOTT<br>　　Plaintiff<br><br>v.<br><br>THE TOWN OF SALEM NEW HAMPSHIRE,<br>PRINTS PLUS, INC., CONTROL SECURITY<br>SERVICES, INC., SIMON PROPERTY GROUP,<br>LOUIS CURRIER, JEFFREY OUELLETTE,<br>KRISTIN FILI, AND DENISE L. SMITH,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SPECIAL APPEARANCE OF COUNSEL

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Counsel William P. Mekrut hereby enters a special appearance in this case on behalf of defendant Control Security Services, Inc for the limited purpose of contesting this Court's jurisdiction over the person of such defendant, the venue of the action, and the sufficiency of service of process. By filing this Special Appearance, the defendant does not submit to this Court's jurisdiction.

CONTROL SECURITY SERVICES, INC.
By their attorneys,

/s/ William P. Mekrut
Richard J. Riley, BBO# 420610
John P. Coakley, BBO#558685
William P. Mekrut, BBO#654350
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02110
(617) 423-3700
jcoakley@murphyriley.com
rriley@murphyriley.com

## CERTIFICATE OF SERVICE

I, William P. Mekrut, hereby certify that I have this day served a copy of the foregoing **NOTICE OF SPECIAL APPEARANCE OF COUNSEL**

by mailing a copy of same, postage prepaid to:

William R. Sullivan, Sr.
356 Main Street
Haverhill, MA 01830
(978) 373-9130

Joanne L. Goulka
477 Main Street
Stoneham, MA 02180-2602
(781) 279-9858

Brian J.S. Cullen, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst
Manchester, NH 03101
(603) 669-1000

Sean J. Milano, Esquire
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210
(617) 737-8807

William P. Mekrut
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700

**DATED: March 23, 2005**