# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  RHONDA S. ABBOTT
                    **Plaintiff**

                                                        CIVIL ACTION

          **V.**

                                                        NO.  **04-12250-RWZ**
  **THE TOWN OF SALEM, N.H., ET AL**
                    **Defendant**


                        **JUDGMENT**


  **ZOBEL, D. J.**

   In accordance with the  ORDER entered 3/29/05;

          JUDGMENT is entered DISMISSING the complaint against the remaining
defendants.

                                        By the Court,


    3/8/05                                s/ Lisa A. Urso
          **Date**                              **Deputy Clerk**